UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

FREDERICK COLEMAN,

     Plaintiff,

v.

NURSE ARRINGTON, ET AL.,

     Defendants.

Civil Action No. 7:19-028-KKC

**JUDGMENT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** that:

1. Frederick Coleman's Eighth Amendment deliberate indifference claims [R. 1] are **DISMISSED** with prejudice.

2. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

Dated September 30, 2019

*Karen K. Caldwell*

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY